UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GWENESTHER MANNING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21 C 1440 ) ) Judge Guzmán |
| LOUIS DeJOY, Postmaster General, | ) ) |
| Defendant. | ) |

**DEFENDANT'S STATUS REPORT**

The United States Postal Service provides the following status report pursuant to the court's May 5, 2022 order (No. 82):

1. Discovery in this case is complete.

2. The Postal Service has served its responses to all of plaintiff Gwenesther Manning's discovery requests.

3. The Postal Service has obtained copies of Manning's medical records from the medical providers that were subpoenaed and has produced copies of those records to Manning.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Virginia O. Hancock
    VIRGINIA O. HANCOCK
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1998
    virginia.hancock@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Defendant's Status Report**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by email and mail on June 1, 2022, to the following non-ECF filers:

>Gwenesther Manning
>19214 Lange Street
>Lansing, Illinois 60438
>keeppushing55@yahoo.com

>s/ Virginia O. Hancock
>VIRGINIA O. HANCOCK
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois 60604
>(312) 353-1998
>virginia.hancock@usdoj.gov